In the  matter of the guardianship of the estate of
LAGITAFA MOEA'I aka LAGI IGAFO, a minor

High Court of American Samoa
Probate Division

PR. NO. 006-77

May 15, 1986

Before REES, Chief Justice.

After some  reflection I have reluctantly come
to the conclusion that I cannot  sign the requested
order.

The money is to be held in trust for the child
until she reaches the  age of  majority.   The only
exception is that the trustee is authorized to make
such expenditures as are "necessary" for  the "care
and maintenance" of the child.

It  is  doubtful  whether  the requested items
could be considered necessities under even the most
expansive  definition  of  the  word.    I  am also
influenced by the  fact  that  the  trust  has been
steadily dwindling;  that the amount requested is a
substantial percentage  of the  amount remaining in
the  trust;  that  during  the last two years about
$400 has already been  disbursed  for  clothing for
important occasions;  and that the child, who seems
to be at most a sophomore, will apparently  have at
least  two  more  Senior  Proms  for  which to buy
clothing.

Finally  and  most  importantly,  I  have  the
impression that  the trustee  has not afforded this
and  other  similar  matters  the  careful scrutiny

12

expected of a trustee. A court should be very reluctant to question the judgment of a disinterested fiduciary who, after carefully considering all factors including the particular needs and family circumstances of the child, recommends a certain item as necessary for the care and maintenance of the child. In this case there is no evidence that such consideration was given.